UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MARIE SPILMON, | No. C 11-05289 MEJ |
| Plaintiff(s), | **ORDER FOR PARTIES TO FILE JOINT STATUS REPORT** |
| v. | |
| GENERAL ELECTRIC CO., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on February 9, 2012. However, no joint statement was filed by the February 2 deadline.  Accordingly, the Court VACATES the February 9 c.m.c. and ORDERS the parties to file a joint status report by February 16, 2012.

**IT IS SO ORDERED.**

Dated: February 3, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge